**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Bady Marcelo Ruales, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                        *Plaintiff*,

      - *against* -

The Valet King Limited Liability Company, and John Fuda,

                        *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-04239

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants The Valet King Limited Liability Company, and John Fuda (collectively, the "Defendants"), having offered to allow Plaintiff Bady Marcelo Ruales (together, the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00), payable as follows:

1. A payment in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00)

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of the Judgment Amount together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

      WHEREAS, the total sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims

against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.