UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Bady Marcelo Ruales, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                         *Plaintiff*,

      - against -

The Valet King Limited Liability Company, and John Fuda,

                                         *Defendants*.
-------------------------------------------------------------X

Case No.: 23-CV-5579 (VSB)

**FED.R.CIV.P. 68 JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants the Valet King Limited Liability Company, and John Fuda (collectively, the "Defendants"), having offered to allow Plaintiff Bady Marcelo Ruales ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00) (the "Judgment Amount"), payable as follows:

1. A payment in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00) payable on or before September 5, 2023.

WHEREAS, the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of the Judgment Amount together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $32,500.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: September 22, 2023
New York, New York

SO ORDERED:

Vernon S. Broderick
United States District Judge